# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787

Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

KEVIN M. SPELLMAN
NICHOLAS M. BRINO
DAVID S. PALLAI
JUSTIN M. ROWE
JOHN M. SHIELDS
JENNIFER T. CHAVEZ
JACLYN L. DAR CONTE
SCOTT J. KREPPEIN

STEPHAN D. TRACE
CHERYL L. BERGER
PATRICK J. MORGANELLI

Retired
JOSEPH P. DEVITT (1923-2017)
THOMAS J. SPELLMAN, JR.
WILLIAM J. BARRETT
JELTJE de JONG

JOHN G. SOMMERS
MICHELE A. PERLIN
CHRISTI M. KUNZIG
JOSEPH WELSH
CHRISTINE CUSUMANO

Of Counsel
JOHN M. DENBY
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
EILEEN M. O'NEILL
ROGER E. SIEGEL
EMMANUEL KOSSARIS
JOHN T. TRACY
FELICIA R. SHANNON

January 10, 2022

*VIA* **ECF**
Chief Magistrate Judge Cheryl Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Estate of Willie Jackson v. County of Suffolk*, 12-cv-01455 (ARR) (CLP)

Dear Your Honor:

      We are counsel for the defendants in the above-referenced action and write further to the Court's order dated November 10, 2021, directing the parties to submit a status report. Since the last conference held on November 9, 2021, there has been no change in status.

      As the Court may recall, a conference was held before the Court on November 9, 2021 wherein there was no appearance for the plaintiff and the matter was adjourned. Prior to that, by order dated September 22, 2021, the Court granted plaintiff's application to identify a substitute forensic pathologist and provide their report on or before October 22, 2021. To date, we have not received anything from plaintiff. As such, all discovery is complete. We thank the Court for its consideration.

                                            Respectfully submitted,

                                            /s/ *Cheryl Berger*

                                            Cheryl L. Berger

cc.:  All counsel (*via* ECF)