# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

KEVIN M. SPELLMAN
NICHOLAS M. BRINO
DAVID S. PALLAI
JUSTIN M. ROWE
JOHN M. SHIELDS
JACLYN L. DAR CONTE
SCOTT J. KREPPEIN

STEPHAN D. TRACE
PATRICK J. MORGANELLI

Retired
JOSEPH P. DEVITT (1923-2017)
THOMAS J. SPELLMAN, JR.
WILLIAM J. BARRETT
JELTJE de JONG

JOHN G. SOMMERS
MICHELE A. PERLIN
CHRISTI M. KUNZIG
JOSEPH WELSH
CHRISTINE CUSUMANO

Of Counsel
JOHN M. DENBY
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
EILEEN M. O'NEILL
ROGER E. SIEGEL
EMMANUEL KOSSARIS
JOHN T. TRACY

May 13, 2022

**VIA ECF**
Honorable Judge Joan Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Estate of Willie Jackson v. County of Suffolk*, 12-cv-01455 (ARR) (CLP)
             Our File No. CS9165JD

Dear Judge Azrack:

      We are counsel for the defendants in the above-referenced action and write to provide Your Honor with an updated status of the case. With the Court's assistance and guidance, the case has successfully been settled, in principle.

      On May 12, 2022, the Suffolk County Attorney's Office received the necessary approval of the settlement. The settlement awaits final formal approval and the execution of the necessary settlement documents, which the County Attorney's Office is in the process of preparing.

      We thank the Court for its consideration.

                      Respectfully submitted,

                      DEVITT SPELLMAN BARRETT, LLP

                      /s/ *Jack Shields*
                      _____
                      John M. Shields

cc: All counsel (*via* ECF)