

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K.Brewington</u>  <u>Of Counsel</u>
Albert D. Manuel III   Oscar Holt III
Leah E. Jackson   Jay D. Umans
Cobia M. Powell

April 10, 2023

<u>VIA ELECTRONIC CASE FILING</u>
Honorable Cheryl L. Pollack
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

   Re: *In the Matter of the Claim of the Estate of William Jackson by His Administratrix, Shanta Jackson v. County of Suffolk, et.al.*
     <u>**Docket No.: CV-12-1455 (ARR)(CLP)**</u>

Dear Judge Pollack:

  We are the attorneys representing the Plaintiff in this matter. We are writing this letter to give the Court a status update.  We apologize for not getting this to Your Honor on April 6, 2023.  The parties engaged in a productive mediation session with Mediator Patrick Michael McKenna and have agreed to continue settlement discussions.  The need for the parties to schedule a second session has been slightly delayed due to coordination of schedules and most recently, on March 31st, Mr. Shields informed us that he received 2 additional misplaced boxes of case materials from the County on this matter (more than doubling the material he previously had).  Mr. Shields has informed us that on a slightly positive note, the County Attorney has asked him to schedule an in-person meeting with him to discuss the case. It is our understanding that Defendants are now working on scheduling that meeting.  Given the Passover and Holy Week holidays there has been a bit of a slow down late last week and this week, which is complicated by the trial schedules of Mr. Shields and myself.  With all of this, the matter is not stalled, and following the last session appears to be moving in a positive direction.  The mediator and the parties are working to set the second session following the further review and communications taking place within the County.

Based on the information provided here, we request that the parties be allowed to confer and provide a status report to the Court on or before May 12, 2023.

We thank the Court for its kind consideration in this matter.

Respectfully submitted,

*Frederick K. Brewington*

FREDERICK K. BREWINGTON

cc:   All Attorneys (via ecf)
FKB:pl