

**THE LAW OFFICES OF**
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K.Brewington</u>                                                                                     Of Counsel
Albert D. Manuel III                                                                                                    Oscar Holt III
Leah E. Jackson                                                                                                         Jay D. Umans
Cobia M. Powell

January 23, 2023

***VIA ELECTRONIC CASE FILING***
Honorable Cheryl L. Pollack
United States Chief Magistrate Judge
United States District Court Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

*Re: Estate of William Jackson v. County of Suffolk, et.al.*
<u>**Docket No.: CV-12-1455 (ARR)(CLP)**</u>

Dear Judge Pollack:

     We are the attorneys representing the Plaintiff in this matter. We are writing this letter to provide Your Honor with a status update.  As Your Honor will recall, the parties engaged in one mediation session with Attorney Patrick Michael McKenna.  That session showed some progress in trying to settle this matter, and left the parties clear that another or further sessions would likely be fruitful. After trial schedule delays and then an election that changed the administration of Suffolk County, we have been provided with the following dates by Mr. McKenna as possible dates to continue the negotiations: January 29, 31; February 2, 7, 9, 16, 19, 20, 21, 23, 28.  We are waiting to for Mr. Shields to get confirmation from his clients on dates that work.

     Our understanding is that Mr. Shields has had an initial meeting with the new administration and that he is working to have a more detailed conversation with the newly appointed County Attorney, Christopher Clayton.  Accordingly, it is our collective request that we report back to Your Honor in mid-February about the status of this matter. We thank the Court for its kind consideration in this matter.

                                                         Respectfully submitted,
                                                         *Frederick K. Brewington*
                                                         FREDERICK K. BREWINGTON

cc:    All Attorneys (via ecf)
FKB:pl