
# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW

50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

KEVIN M. SPELLMAN
NICHOLAS M. BRINO
DAVID S. PALLAI
JUSTIN M. ROWE
JOHN M. SHIELDS
SCOTT J. KREPPEIN
WILLIAM K. KIRRANE
CHRISTI M. KUNZIG
STEPHAN D. TRACE

Counsel
MATTHEW J. JONES

MICHELE A. PERLIN
MARIE E. HOLBROOK
KEITH R. McHUGH

Of Counsel
JOHN M. DENBY
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
ROGER E. SIEGEL
EMMANUEL KOSSARIS
JOHN T. TRACY

Retired
JOSEPH P. DEVITT (1923-2017)
THOMAS J. SPELLMAN, JR. (1938-2023)
WILLIAM J. BARRETT
JELTJE de JONG

February 19, 2024

***VIA ECF***

Honorable Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Estate of Willie Jackson v. County of Suffolk*
            12-cv-01455 (AAR/CLP)
            Our File No. CS9165JD

Dear Judge Pollack:

    We are counsel for the defendants in the above-referenced action. We write to provide Your Honor with a furth updated status of the case. As previously reported by the parties' counsel, the parties intend to engage in continued mediation with Federal Mediator Patrick Michael McKenna.

    As reported in our last status update, in addition to Mr. Brewington and my very active trial schedules, the Suffolk County Attorney's Office has recently changed administration and is coordinating the transfer and acclimation of new supervisory attorneys, including authority, policies and procedures. As a result, there has been a brief delay in coordinating precise settlement authority.

    Once we receive final formal approval, we will coordinate a date with Mr. McKenna to go back into mediation. Accordingly, with the consent of plaintiff's counsel, we request that we be allowed three weeks to meet with the new County Attorney, to discuss formal approval for mediation and settlement authority, then confer and provide a status report to the Court.

Hon. Cheryl L. Pollack  2  February 19, 2024  
United States District Court  
Eastern District of New York  

    Re:    *Estate of Willie Jackson v. County of Suffolk*  
           12-cv-01455 (AAR/CLP)  
           Our File No. CS9165JD  

We thank the Court again for its continued consideration.

           Respectfully submitted,

           DEVITT SPELLMAN BARRETT, LLP

           */s/ John M. Shields*  
           _____  
           John M. Shields

cc: All Counsel (*via ECF*)