# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW

50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

KEVIN M. SPELLMAN
NICHOLAS M. BRINO
DAVID S. PALLAI
JUSTIN M. ROWE
JOHN M. SHIELDS
SCOTT J. KREPPEIN
CHRISTI M. KUNZIG
STEPHAN D. TRACE
MARIE E. HOLBROOK

Counsel
MATTHEW J. JONES
CHRISTOPHER R. BLOCK

MICHELE A. PERLIN
KEITH R. McHUGH

Of Counsel
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
ROGER E. SIEGEL
EMMANUEL KOSSARIS
JOHN T. TRACY

Retired
JOSEPH P. DEVITT (1923-2017)
THOMAS J. SPELLMAN, JR. (1938-2023)
WILLIAM J. BARRETT
JELTJE de JONG
JOHN M. DENBY

March 12, 2024

**_VIA ECF_**

Honorable Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Estate of Willie Jackson v. County of Suffolk*
             12-cv-01455 (AAR/CLP)
             Our File No. CS9165JD

Dear Judge Pollack:

    We are counsel for the defendants in the above-referenced action. We write to provide Your Honor with a further updated status of the case. The Suffolk County Attorney's Office has approved continued mediation with Federal Mediator Patrick Michael McKenna.

    We are now in the process of formally scheduling the mediation session with Mr. McKenna. We thank the Court again for its continued consideration.

                        Respectfully submitted,

                        DEVITT SPELLMAN BARRETT, LLP

                        */s/ John M. Shields*
                        _____
                        John M. Shields

cc: All Counsel (*via ECF*)

_____