# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW

2150 Joshuas Path, Suite 300
Hauppauge, New York 11788
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Hauppauge address)

KEVIN M. SPELLMAN
NICHOLAS M. BRINO
DAVID S. PALLAI
JUSTIN M. ROWE
JOHN M. SHIELDS
SCOTT J. KREPPEIN
CHRISTI M. KUNZIG
STEPHAN D. TRACE
MARIE E. HOLBROOK

Counsel
MATTHEW J. JONES
CHRISTOPHER R. BLOCK

MICHELE A. PERLIN
KEITH R. McHUGH

Of Counsel
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
ROGER E. SIEGEL
EMMANUEL KOSSARIS
JOHN T. TRACY

Retired
JOSEPH P. DEVITT (1923-2017)
THOMAS J. SPELLMAN, JR. (1938-2023)
WILLIAM J. BARRETT
JELTJE de JONG
JOHN M. DENBY

June 28, 2024

**_VIA ECF_**

Honorable Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Estate of Willie Jackson v. County of Suffolk*
12-cv-01455 (AAR/CLP)
Our File No. CS9165JD

Dear Judge Pollack:

We are counsel for the defendants in the above-referenced action. We write to provide Your Honor with a further updated status of the case. On June 14, 2024, the parties reconvened for a further mediation session, with Federal Mediator Patrick Michael McKenna. Although the case has not yet settled, the parties engaged in productive good faith discussions; and the parties remain actively engaged in continued discussions.

We thank the Court again for its continued consideration. Have a nice weekend and Fourth of July week.

Respectfully submitted,

DEVITT SPELLMAN BARRETT, LLP

*/s/ John M. Shields*

By: John M. Shields, Esq.

cc: All Counsel (*via ECF*)

585 STEWART AVENUE, SUITE L16, GARDEN CITY, NEW YORK 11530
90 STATE STREET, SUITE 700, ALBANY, NEW YORK 12207
(866) 851-1123