# DEVITT SPELLMAN BARRETT, LLP
ATTORNEYS AND COUNSELLORS AT LAW
2150 Joshuas Path, Suite 300
Hauppauge, New York 11788
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Hauppauge address)

KEVIN M. SPELLMAN
NICHOLAS M. BRINO
DAVID S. PALLAI
JUSTIN M. ROWE
JOHN M. SHIELDS
SCOTT J. KREPPEIN
CHRISTI M. KUNZIG
STEPHAN D. TRACE
MARIE E. HOLBROOK

Counsel
MATTHEW J. JONES
CHRISTOPHER R. BLOCK

MICHELE A. PERLIN
KEITH R. McHUGH

Of Counsel
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
ROGER E. SIEGEL
EMMANUEL KOSSARIS
JOHN T. TRACY

Retired
JOSEPH P. DEVITT (1923-2017)
THOMAS J. SPELLMAN, JR. (1938-2023)
WILLIAM J. BARRETT
JELTJE de JONG
JOHN M. DENBY

January 7, 2025

**VIA NYSCEF**

Honorable Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Estate of Willie Jackson v. County of Suffolk*
     12-cv-01455 (AAR/CLP)
     Our File No. CS9165JD

Dear Honorable Judge Pollack:

  We are counsel for the defendants in the above-referenced action; and write to provide Your Honor with a further updated status of the case. As we previously reported, the parties have successfully settled the case, in principle, subject to formal legislative approval.

  We have already accomplished several of the steps in the lengthy multi-step municipal and legal approval process.

  We thank the Court again for its continued consideration.

         Respectfully submitted,

         DEVITT SPELLMAN BARRETT, LLP

         */s/ John M. Shields*
         _____
         By: John M. Shields, Esq.

cc: All Counsel (*via NYSCEF*)

---

585 STEWART AVENUE, SUITE L16, GARDEN CITY, NEW YORK 11530
90 STATE STREET, SUITE 700, ALBANY, NEW YORK 12207
(866) 851-1123