# DEVITT SPELLMAN BARRETT, LLP
### ATTORNEYS AND COUNSELLORS AT LAW
2150 Joshuas Path, Suite 300
Hauppauge, New York 11788

Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Hauppauge address)

| | | |
|---|---|---|
| KEVIN M. SPELLMAN | | Of Counsel |
| NICHOLAS M. BRINO | | STEFANIE AFFRONTI |
| DAVID S. PALLAI | | DEBORAH C. ZACHARY |
| JUSTIN M. ROWE | | ROGER E. SIEGEL |
| JOHN M. SHIELDS | | EMMANUEL KOSSARIS |
| SCOTT J. KREPPEIN | | JOHN T. TRACY |
| CHRISTI M. KUNZIG | | |
| STEPHAN D. TRACE | | Retired |
| MARIE E. HOLBROOK | | JOSEPH P. DEVITT (1923-2017) |
| | | THOMAS J. SPELLMAN, JR. (1938-2023) |
| Counsel | | WILLIAM J. BARRETT |
| MATTHEW J. JONES | | JELTJE de JONG |
| CHRISTOPHER R. BLOCK | | JOHN M. DENBY |
| | | |
| MICHELE A. PERLIN | | |
| KEITH R. McHUGH | | |

February 7, 2025

### *VIA ECF*

Honorable Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Estate of Willie Jackson v. County of Suffolk*
           12-cv-01455 (AAR/CLP)
           Our File No. CS9165JD

Dear Honorable Judge Pollack:

    We are counsel for the defendants in the above-referenced action; and write to provide Your Honor with a further updated status of the case. As we previously reported, the parties have successfully settled the case.

    We have obtained the required approvals and executed the necessary documents. We will soon be forwarding a proposed Order to the Court. Thereafter, we anticipate payment will be made within thirty to forty-five days, depending on the County's payment schedule.

    We thank the Court again for its continued consideration.

                                Respectfully submitted,

                                DEVITT SPELLMAN BARRETT, LLP

                                */s/ John M. Shields*

                                _____
cc:  All Counsel (*via ECF*)          By: John M. Shields, Esq.

_____